IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00386-RPM

FC ACCEPTANCE COMPANY, LLC,

    Plaintiff,

v.

ASSURANCE COMPANY OF AMERICA,

    Defendant.

---

## ORDER FOR DISMISSAL

Pursuant to the Stipulation for Dismissal with Prejudice [21] filed on January 21, 2011, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own costs.

Dated: January 24th, 2011

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge